UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTOINE DESHAWN BARNES,

Petitioner,

v.

E. STONE,

Respondent.

No.  2:25-cv-0560 CKD P

ORDER

Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis. Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit.  Accordingly, the application to proceed in forma pauperis will be granted.  See 28 U.S.C. § 1915(a).

Under Rule 4 of the Rules Governing Section 2254 Cases, the court must review all petitions for writ of habeas corpus and summarily dismiss any petition if it is plain that the petitioner is not entitled to relief.   Petitioner has three petitions before the court all of which are mostly illegible and / or unintelligible.  Those petitions will be dismissed with leave to file a third amended petition.  Also, the three petitions filed are filed on forms used by California Courts. The court will provide petitioner with the form used in this court, and petitioner must use that form to complete his third amended petition.

1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2        1.  Petitioner's motion to proceed in forma pauperis (ECF No. 9) is GRANTED.

3        2.  Petitioner's petition for writ of habeas corpus (ECF No. 2), amended petition for writ

4    of habeas corpus (ECF No. 3) and second amended petition for writ of habeas corpus (ECF No. 7)

5    are all dismissed.

6        3.  Petitioner is granted 30 days within which to file a third amended petition.  The

7    petition must be legible, coherent and filed on this court's habeas corpus form.  Failure to comply

8    with this order will result in a recommendation that this action be dismissed.

9        4.  The Clerk of the Court is directed to send petitioner the court's form-application for

10   writ of habeas corpus by California prisoners.

11   Dated:  March 16, 2025

12                                        _____
                                          CAROLYN K. DELANEY
13                                        UNITED STATES MAGISTRATE JUDGE

14

15

16   1
     barn0560.sd
17

18

19

20

21

22

23

24

25

26

27

28

                                          2